WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
MOLLY KUCUK, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6892
FAX: (206) 220-6911
Molly.Kucuk@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| PACIFIC ALASKA FORWARDERS, Inc., | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race, and to provide

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

appropriate relief to Kenneth J. Davis, who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Pacific Alaska Forwarders failed to hire Mr. Davis into a permanent hostler position and discharged him his casual hostler position because of his race, African American.  Plaintiff seeks monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Mr. Davis.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Seattle.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.      At all relevant times, defendant Pacific Alaska Forwarders has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5.      At all relevant times, defendant Pacific Alaska Forwarders has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Mr. Davis filed a charge with the Commission alleging violations of Title VII by defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about August 24, 2004, Pacific Alaska Forwarders engaged in unlawful employment practices on the basis of race by failing to hire him into a permanent hostler position in the warehouse and terminating him from his casual hostler position at defendant's Fife warehouse, located in Fife, Washington, in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a).

8. The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Davis of equal employment opportunities.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Mr. Davis' federally protected rights.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of race.

B. Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

**COMPLAINT-** Page 3 of 5

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

C.  Order defendant to make whole Mr. Davis by providing affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.  Order defendant to make whole Mr. Davis by providing appropriate back pay and front pay, with prejudgment interest, resulting from the unlawful practices described in paragraph 7 above.

E.  Order defendant to make whole Mr. Davis by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

F.  Order defendant to make whole Mr. Davis by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

G.  Order defendant to pay Mr. Davis punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

H.  Grant such further relief as the Court deems necessary and proper in the public interest.

I.  Award the Commission its costs of this action.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this  7th  day of  June , 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| | |
| JOHN STANLEY | GWENDOLYN Y. REAMS |
| Acting Supervisory Trial Attorney | Associate General Counsel |
| | |
| MOLLY KUCUK | |
| Trial Attorney | |

BY:     /s/  William R. Tamayo_____
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| San Francisco District Office | Office of the General Counsel |
| 350 The Embarcadero, Ste. 500 | 1801 "L" Street NW |
| San Francisco, California 94105-1260 | Washington, D.C. 20507 |
| Telephone (415) 625-5645 | |
| Facsimile (415) 625-5657 | |

Attorneys for Plaintiff

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882